JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| S.S, a minor, by and through his Guardian Ad Litem, TIFFANY POTTS; and M.L., a minor, by through her Guardian Ad Litem, NANCY LOPEZ;<br><br>Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES, a Governmental Entity; COUNTY OF LOS ANGELES, a Governmental Entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and EDGAR CABRERA,<br><br>Defendants. | CASE NO. 2:21cv07061-DDP-MARx<br>Action Filed: September 1, 2021<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br><br>Trial Date: Vacated |

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the entire matter is hereby dismissed with prejudice with all parties bearing their own costs.

DATED: August 21, 2024     _____

Hon. Dean D. Pregerson
United States District Court Judge